BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00075-LJO-DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROTECTIVE |
| | ) | ORDER BETWEEN THE UNITED |
| v. | ) | STATES AND CHERYL LYNN FRAZIER |
| | ) | |
| CHERYL LYNN FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, telephone numbers, residential addresses, account information, as well as other forms of personal identification and financial information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1        THEREFORE, defendant Cheryl Lynn Frazier, by and through her

2    counsel of record Katherine Hart ("Defense Counsel"), and plaintiff

3    United States of America, by and through its counsel of record,

4    hereby agree and stipulate as follows:

5        1.   This Court may enter protective orders pursuant to Rule

6    16(d) of the Federal Rules of Criminal Procedure, and its general

7    supervisory authority.

8        2.   This Order pertains to all discovery provided to or made

9    available to Defense Counsel by the United States in this case

10   (hereafter, collectively known as "the discovery").

11       3.   By signing this Stipulation and Protective Order, Defense

12   Counsel agrees not to share any documents that contain Protected

13   Information with anyone other than Defense Counsel and designated

14   defense investigators and support staff.  Defense Counsel

15   may permit the defendant to view unredacted documents in the

16   presence of her attorney, defense investigators and support staff.

17   The parties agree that Defense Counsel, defense investigators and

18   support staff shall not allow the defendant to copy Protected

19   Information contained in the discovery.  The parties agree that

20   Defense Counsel, defense investigators, and support staff may provide

21   the defendant with copies of documents from which Protected

22   Information has been redacted.

23       4.   The discovery and information therein may be used only in

24   connection with the litigation of this case and for no other purpose.

25   The discovery is now and will forever remain the property of the

26   United States Government.  At the conclusion of the case, Defense

27   Counsel will return the discovery to the Government or will certify

28   that it has been shredded.

         5.   Defense Counsel will store the discovery in a secure place

2

1 and will use reasonable care to ensure that it is not disclosed to

2 third persons in violation of this agreement.

3     6.   Defense Counsel shall be responsible for advising the

4 defendant, employees, and other members of the defense team, and

5 defense witnesses of the contents of this Stipulation/Order.

6     7.   In the event that the defendant substitutes counsel,

7 undersigned Defense Counsel agrees to withhold discovery from new

8 counsel unless and until substituted counsel agrees also to be bound

9 by this Order.

10

11 IT IS SO STIPULATED.

12

13 Dated: March 30, 2012              BENJAMIN B. WAGNER

                               United States Attorney

14

15                           By: /s/ Ian L. Garriques

16                             IAN L. GARRIQUES

                            Assistant U.S. Attorney

17

18

19 Dated: March 28, 2012              /s/ Katherine Hart

                             KATHERINE HART

20                              Attorney for Defendant

21

22 **IT IS SO ORDERED.**

**Dated:   March 30, 2012**           **/s/ Lawrence J. O'Neill**

23                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28