KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CHERYL LYNN FRAZIER

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-12-cr-0075 LJO DLB |
| Plaintiff, ) | STIPULATION AND ORDER TO RE-SET STATUS CONFERENCE DATE |
| v. ) | Proposed date: 5/14/2012 at 1:00 p.m. DLB |
| CHERYL LYNN FRAZIER, ) | Existing date: 4/09/2012 at 1:00 p.m. DLB |
| Defendant. ) | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of April 9, 2012 at 1:00 p.m. in the Department of Magistrate Judge Dennis L. Beck be rescheduled to May 14, 2012 at 1:00 p.m. on the following grounds:

1. Counsel Katherine Hart has a previously scheduled State Personnel Board Settlement conference at 1:30 p.m. on April 9, 2012 involving three appellants and counsel for the state;

1

2. The status conference set for April 9, 2012 was set by the Federal Defenders Office at a time when Ms. Hart had not yet been appointed to represent defendant; Ms. Hart was not available to set a date that fit with her calendar;

3. The government is supplying 880 pages of discovery in the case this week, and resetting the settlement conference to a date in May, 2012 would allow counsel for the defendant to become more familiar with the case;

4. Counsel Katherine Hart has a previously scheduled vacation from April 16th to April 23rd and is not available on Mondays until April 30, 2012;

5. Defendant CHERYL FRAZIER has met with her attorney Katherine Hart and has no objection to resetting the status conference;

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the status conference to May 14, 2012 at 1:00 p.m. before the Honorable Dennis L. Beck. Judge Beck's clerk has stated that May 14, 2012 is available.

DATED: April 3, 2012             /s/ Katherine Hart
                                 KATHERINE HART

DATED: April 3, 2012             /s/ Ian L. Garriques
                                 IAN L. GARRIQUES, Assistant U.S. Attorney

2

# ORDER

It is hereby ordered that the status conference in UNITED STATES OF AMERICA v. CHERYL LYNN GRAZIER, CR-F-12-0075 LJO DLB, previously scheduled for April 9, 2012 at 1:00 p.m. be rescheduled to May 14, 2012 at 1:00 p.m. The court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   April 4, 2012**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

3